**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| CALEB B., <br><br>   PLAINTIFF <br><br> v. <br><br> NANCY A. BERRYHILL, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, <br><br>   DEFENDANT | CIVIL NO. 2:17-CV-322-DBH |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On June 30, 2018, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The plaintiff filed an objection to the Recommended Decision on July 15, 2018. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's motion for a Sentence Six remand is **DENIED** and the Commissioner's decision is **AFFIRMED**.

   **SO ORDERED.**

   **DATED THIS 3RD DAY OF AUGUST, 2018**

                              /S/D. BROCK HORNBY                       
                              **D. BROCK HORNBY
                              UNITED STATES DISTRICT JUDGE**